## Commonwealth, ex rel., *v.* Filer, Appellant.

Argued April 12, 1915. Appeal, No. 155, January T., 1915, by defendant, from judgment of Superior Court affirming judgment of Municipal Court in case of Commonwealth of Pennsylvania, ex rel., Samuel P. Rotan, District Attorney, v. Thomas Filer. Before BROWN, C. J., MESTREZAT, POTTER, STEWART and FRAZER, JJ. Reversed.

*John H. Fow,* for appellant.

*Franklin E. Barr,* Assistant District Attorney, with him *Samuel P. Rotan,* District Attorney, for appellee.

OPINION BY MR. JUSTICE STEWART, July 3, 1915:

The facts in this case and the issue arising thereon are the same as presented in the case of Commonwealth v. Shecter, 250 Pa. 282, in which the opinion has been handed down. For the reasons there stated a like order must be entered here.

The order of the Municipal Court in this case is reversed and all the proceedings therein are set aside at the cost of the relator.